OPINION #    O-7493          WAS NEVER ISSUED OR

WAS WITHDRAWN.